**HARPER v. ALLSTATE INS. CO.**

[342 N.C. 643 (1996)]

ALICE R. HARPER, Administratrix of the ESTATE OF WILLIAM P. HARPER, JR. v. ALLSTATE INSURANCE COMPANY

No. 614PA94

(Filed 9 February 1996)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 117 N.C. App. 302, 450 S.E.2d 759 (1994), affirming an order entered by Brewer, J., on 14 December 1993, in Superior Court, Wake County. Pursuant to Rule 30(f)(1) of the North Carolina Rules of Appellate Procedure, this case was reviewed without oral argument.

*Edwards & Kirby, by Tiana H. Irvin, for plaintiff-appellee.*

*Smith & Holmes, P.C,. by Robert E. Smith, for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is vacated, and the case is remanded for further consideration in light of the authority of *Nationwide Mut. Ins. Co. v. Mabe*, 342 N.C. 482, 467 S.E.2d 34 (1996).

VACATED AND REMANDED.